FILED
4/21/2022 11:40 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003670
Calendar, F
17589439

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| VALENCIA RADDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2022L003670 |
| ) | |
| WALMART, INC. also known as ) | |
| WALMART SUPERCENTER, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, VALENCIA RADDLE, by and through her attorneys, POLANSKY & CICHON, CHTD., complaining against the Defendant, WALMART INC., also known as WALMART, SUPERCENTER, (herein after referred to as "WALMART") states as follows:

1. On and prior to August 1, 2020, the Defendant, WALMART, owned, operated, and maintained a store located at 10900 South Doty Avenue, City of Chicago, County of Cook, State of Illinois.

2. On August 1, 2020, the Plaintiff, VALENCIA RADDLE, was a business invitee at said location.

3. At all times relevant, the Defendant, WALMART, had a duty to exercise ordinary care to protect Plaintiff, VALENCIA RADDLE, and other business invitees of said store from injury and to maintain said premises in a reasonably safe condition for the benefit of its invitees lawfully present on said premises.

4. On said date, Plaintiff, while walking in the store, was caused to slip, trip, stumble, and fall on a foreign objects on said floorway.

5. On said date, the Defendant, WALMART, by and through its agents and

EXHIBIT B

servants acting on its behalf, carelessly and negligently:

(a) failed to maintain the floorway;

(b) failed to post any warnings or signs indicating that said floorway was hazardous and dangerous;

(c) failed to warn Plaintiff and other business invitees of the unreasonably dangerous condition of said floorway, when the Defendant knew or in the exercise of reasonable care, should have known that the condition of the floorway was likely to cause injury to Plaintiff and others;

(d) failed to inspect said area at regular intervals so as to discover the dangerous and defective condition of said floorway;

(e) suffered and permitted said area to become hazardous and dangerous;

(f) failed to guard and/or barricade said area when the Defendant knew or through the exercise of reasonable care should have known that Plaintiff and others would be injured when walking in and about said area; and

(g) was otherwise careless and negligent in the maintenance of said area.

6. As a direct and proximate result and in consequence of one or more of said wrongful acts or omissions of the Defendant, the Plaintiff VALENCIA RADDLE, was caused to trip, stumble and fall on said floorway and thereby she sustained severe and permanent injuries to her right shoulder; and as a result of said injuries the Plaintiff has been required to undergo hospitalization for the treatment of her said injuries which included surgical intervention, and the Plaintiff has suffered and with reasonable certainty will continue to suffer great pain and discomfort; and she has been hindered from attending to her normal affairs and duties and from pursuing her usual occupation; and she has incurred and will continue to become liable for large sums of money for the care and treatment of her said injuries.

7. That at said time and place, the condition of the floorway was not open and obvious.



8. At all times relevant herein, the Defendant, WALMART, had notice and was aware of the condition of the floorway.

WHEREFORE, the Plaintiff, VALENCIA RADDLE, asks for judgment against the Defendant, WALMART INC., also known as WALMART, SUPERCENTER, in an amount in excess of Fifty Thousand Dollars ($50,000.00) exclusive of costs of suit herein.

                                                  Respectfully Submitted,

                                                  **POLANSKY & CICHON, CHTD.**

                                                  */s/ Jacqueline M. Cichon*

                                                  Jacqueline M. Cichon
                                                  Attorney for Plaintiff

POLANSKY & CICHON, CHTD.
180 North Stetson Avenue
Suite 5701
Chicago, Illinois 60601
(312) 346-9241 - Telephone
(312) 704-4431 - Telefax
Firm No.: 39532
jmcichon@polanskycichonlaw.com

4/21/2022 11:40 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003670
Calendar, F

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| VALENCIA RADDLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2022L003670 |
| WALMART, INC. also known as WALMART SUPERCENTER, | ) ) ) ) |
| Defendant. | ) |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named Plaintiff certifies that Plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00).

BY: _Jacqueline M Cichon_
Attorneys for Plaintiff

POLANSKY & CICHON CHTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 5701
Chicago, IL 60601
(312) 346-9241 – Telephone
(312) 704-4431 – Facsimile
jmcichon@polanskycichonlaw.com
Attorney No.: 39532